■ LINDA HERBERT, Individually and as Administratrix of the Estate of DONALD J. HERBERT, Deceased, Respondent, v EILEEN REILLY, M.D., et al., Defendants, and ELIZABETH MARIE LOVE,

M.D., et al., Appellants. [984 NYS2d 908]—Appeal from an order of the Supreme Court, Erie County (James H. Dillon, J.), entered March 21, 2013. The order denied the motion of defendants Elizabeth Marie Love, M.D. and Geriatric Associates, LLP, for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 24, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Centra, Carni, Sconiers and Whalen, JJ.